AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of

|  |  |  |
|---|---|---|
| *Plaintiff* <br> v. | ) <br> ) <br> ) <br> ) <br> ) | Case No. |
| *Defendant* |  |  |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

                                                                                                                      .

Date:                                     
                                                            _____
                                                            *Attorney's printed name and bar number*

                                                            _____
                                                            *Address*

                                                            _____
                                                            *E-mail address*

                                                            _____
                                                            *Telephone number*

                                                            _____
                                                            *FAX number*