**Jake Kornegay**

| | |
|---|---|
| **From:** | Lee Curry <lcurry@daspitlaw.com> |
| **Sent:** | Saturday, April 20, 2024 3:01 PM |
| **To:** | AREDdb_clerksoffice |
| **Cc:** | Clair Gilkey |
| **Subject:** | Fw: 4:24-cv-00152 JM, Docket Entry 7 |
| **Attachments:** | flattened-24.04.18_Johnson, Keonna_Appearance of Counsel.pdf |

**CAUTION - EXTERNAL:**

Dear Sir or Ma'am:

Please find a corrected PDF file attached for the above-refenced docket entry.