**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KEONNA JOHNSON**                                                                          **PLAINTIFF**

**VS.**                                                  **NO. 4:24-CV-152-JM**

**MUHYADIN GEDI and LOADEX LTD CO**                                **DEFENDANTS**

### MOTION TO COMPEL

Comes the separate Defendant, Loadex Ltd. Co., by and through its attorney, TRACY LAW, PLLC, and for its Motion to Compel discovery from Plaintiff, states as follows pursuant to Fed. R. Civ. P. 26, 34, 35, and 37:

1. The instant matter arises from an alleged motor vehicle collision on November 21, 2023, on SH 391 in North Little Rock, Arkansas in which Plaintiff alleges they were struck from behind by Defendant.

2. On or about April 22, 2024, Defendant propounded basic Interrogatories and Requests for Production of Documents to Plaintiff. *See* Exhibit A, discovery.

3. Plaintiff requested an extension to respond to discovery on May 21, 2024, and a two-week extension was granted, making the deadline June 4, 2024. *See* Exhibit B, email correspondence.

4. On June 25, 2024, Defendant sent follow up email correspondence to Plaintiff regarding the status of the overdue discovery responses and requesting responses by July 1. *See* Exhibit C, June 25 email correspondence. To date, no response to the email correspondence has been received, no additional request for extension has been made, nor have any discovery responses been provided.

5.      Defendant prays for an Order compelling Plaintiff to answer the Interrogatories and Requests for Production of Documents within ten (10) days from the date of the Order.

WHEREFORE, Defendant, Loadex Ltd. Co., respectfully requests an Order compelling Plaintiff to respond to the Interrogatories and Requests for Production of Documents propounded by Defendant within ten (10) days, and for all other good and proper relief.

          Respectfully submitted,

          **TRACY LAW PLLC**
          918 W. 6th Street
          Little Rock, Arkansas 72201
          amytracy@tracypllc.com

By:     _/s/ Amy L. Tracy_____
          AMY L. TRACY, ABN 2010122

## CERTIFICATE OF SERVICE

I state that on this 8th day of July 2024, , a true and correct copy of the foregoing leading was served electronically via the Court's electronic case filing system to the following individual(s):

Ms. Jennifer Reali
**DASPIT LAW FIRM, PLLC**
124 W. Capitol Avenue, Suite 1820
Little Rock, Arkansas 72201
e-service@daspitlaw.com

_/s/ Amy L. Tracy_____
AMY L. TRACY