IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEONNA JOHNSON                                                                                    PLAINTIFF

VS.                                       NO. 4:24-CV-152-JM

MUHYADIN GEDI and LOADEX LTD CO                                           DEFENDANTS

### DEFENDANT, LOADEX LTD. CO.'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

Comes, Defendant Loadex, Ltd. Co., by and through its attorneys, Tracy Law, PLLC, and for its for First set of Interrogatories and Request for Production of Documents to Plaintiff Keonna Johnson, pursuant to Fed. R. Civ. P. 26, 33, and 34, and states as follows:

**INTERROGATORY NO. 1:** Please give your full name, current address, date of birth, driver's license state and number, and social security number.

**INTERROGATORY NO. 2:** Please give the full name, age and address of your current spouse and any other spouses you may have had.

**INTERROGATORY NO. 3:** Please list the names, ages, and addresses of any children.

**INTERROGATORY NO. 4:** Please give the names and addresses of all employers for whom you have worked in the past five years. If you have been self-employed, please indicate.

**INTERROGATORY NO. 5:** Please list all accidents (motor vehicle accidents and other incidents such as trip and fall incidents, workplace injuries, etc.) in which you have been involved and all injuries you have sustained in the past ten years, including the time, place, names of the persons involved, the extent of the injuries, and the residual effects of such injuries, if any.

**INTERROGATORY NO. 6:** Please state what injuries you received in the incident which is the subject matter of your Complaint.

**EXHIBIT A**

**INTERROGATORY NO. 7:** Identify the names and addresses of any and all healthcare providers who have treated you for injuries allegedly sustained in the incident sued upon, including, but not limited to the following: hospitals, doctors, physicians, physician assistants, mental health providers, counselors, psychologists, chiropractors, and the like.

**INTERROGATORY NO. 8:** Please state how many days from work you missed, if any, after the incident which is the subject matter of your Complaint which you attribute to the underlying incident. If you received workers' compensation benefits, please state.

**INTERROGATORY NO. 9:** Please state whether there are currently any restrictions on your activities as a result of any injuries you received which you attribute to the incident in Plaintiff's Complaint, and, if so, describe those restrictions.

**INTERROGATORY NO. 10:** If you currently do not have any restrictions on your activities as a result of injuries you received which you attribute to the incident in Plaintiff's Complaint, state the date when restrictions were lifted.

**INTERROGATORY NO. 11:** Please itemize all medical expenses incurred by you as a result of the incident which is the subject matter of your Complaint, and state whether those expenses have been paid. If paid, please identify how much of such expenses were paid by insurance or other source of payment besides your own finances.

**INTERROGATORY NO. 12:** Set out an itemized statement, giving names and addresses in each instance, of all special damages, financial losses, and/or expenses which you claim to have sustained and expect to prove at the trial of this action as damages caused by the defendant(s), including but not limited to medical expenses, lost wages and pain and suffering. Identify those damages and expenses that were paid in whole or in part by Medicare or for which a lien attaches.

**INTERROGATORY NO. 13:**  For the ten years immediately prior to the date of said occurrence, please list any and all medical providers, mental health providers, hospitals, physicians, counselors, medical providers, physician assistants, chiropractors, pharmacies, diagnostic imaging facilities, and the like from which Plaintiff has received treatment and/or services for any injury or condition.  Please include any and all pharmacies Plaintiff has had prescriptions filled at during the same time period.  For each provider, please provide their name, address, telephone number, approximate date(s) of treatment(s) and reason(s) for such treatment(s) and/or service(s).

**REQUEST FOR PRODUCTION NO. 1:**  Please produce and permit inspection and copying of any and all documents relating to the damages and injury allegedly sustained by Plaintiff, including any relevant medical bills and records.

**INTERROGATORY NO. 14:**  Please list all lawsuits in which you have ever been involved as a party, giving the approximate filing date, the Court in which it was pending, and the names of all parties.  Please include any and all domestic relations litigation.

**INTERROGATORY NO. 15:**  Please state the names, addresses and telephone numbers of each and every individual having knowledge of any element regarding Plaintiff's Complaint or damages.

**INTERROGATORY NO. 16:**  Please identify the names, addresses, and telephone numbers of all persons whom you or your attorney may call as lay or expert witnesses at the trial of this case.

**INTERROGATORY NO. 17:**  With regard to any persons whom you have named as being expert witnesses, please provide the following:

    a)    name, address, telephone number, and area of expertise

      b)      the subject matter on which each expert is expected to testify

      c)      opinions to which the expert is expected to testify

      f)      a copy of the expert's resume or curriculum vitae

**REQUEST FOR PRODUCTION NO. 2:** Please produce and permit inspection and copying of any and all documents or other items of tangible evidence which you will or may introduce into evidence or otherwise display to the jury at the time of the trial of this matter.

**INTERROGATORY NO. 18:** Please describe, in your own words, your present condition, complaints and normal activities you can or cannot perform at this time.

**INTERROGATORY NO. 19:** State and list all medications, prescriptions, or non-prescription drugs, narcotics, or alcohol ingested, consumed, and/or influencing your behavior during the twenty-four (24) hours prior to the accident, including the type and amount consumed.

**INTERROGATORY NO. 20:** State the facts as to how the accident occurred. In your answer, explain and describe what effort, if any, you made to avoid the alleged accident and state the facts fully and in complete detail of all that you contend that defendant(s) did or failed to do which in any way caused or contributed to the alleged accident.

**INTERROGATORY NO. 21:** Is Plaintiff now receiving or has Plaintiff ever received any disability payment or worker's compensation from any source? If so, please describe.

**REQUEST FOR PRODUCTION NO. 3:** Attached is an Authorization for release of information concerning Social Security benefits. Please sign and return the **original** attached Authorization.

**REQUEST FOR PRODUCTION NO. 4:** Attached is an Arkansas Workers' Compensation Commission Authorization for release of information. Please sign and return the **original** attached Authorization.

**REQUEST FOR PRODUCTION NO. 5:** Attached is a medical authorization for release of information concerning medical treatment. Please sign and return the **original** attached Authorization.

**REQUEST FOR PRODUCTION NO. 6:** Attached is an Authorization for release of cell phone records. Please sign and return the **original** attached Authorization.

**INTERROGATORY NO. 22:** Has Plaintiff ever filed for bankruptcy? If so, please provide the approximate filing date and the Court in which it was pending.

**REQUEST FOR PRODUCTION NO. 7**: Please produce any and all photographs or recordings related to Plaintiff's condition or injuries, the scene of the incident, the equipment involved in the incident, or Defendant's equipment or representatives.

**REQUEST FOR PRODUCTION NO. 8**: Please produce any text messages related to the damages or allegations in Plaintiff's Complaint.

**INTERROGATORY NO. 23:** Did Plaintiff provide any written or verbal statements to any individuals related to this incident? If so, please indicate the names, addresses and telephone numbers of all persons from whom statements were obtained.

**INTERROGATORY NO. 24**: Please state the date your medical treatment was deemed completed related to the events alleged in Plaintiff's Complaint.

**INTERROGATORY NO. 25**: Please identify by name, address and telephone number, your employer and direct supervisor at the time of the subject incident.

**INTERROGATORY NO. 26**: Have you been convicted of a felony in the past ten years? If so, please describe each occurrence.

**INTERROGATORY NO. 27**: Please generally describe your observations of the impact the underlying accident has had on you, your family, financial situation, and mental health.

**REQUEST FOR PRODUCTION NO. 9:**  If you claim to have lost any income because of the incident described in your complaint, please provide your federal income tax returns, inclusive of all schedules, for the past five (5) years.  If you cannot produce the returns, please execute the attached Form 4506, and return the **original** with your responses to discovery.

**REQUEST FOR PRODUCTION NO. 10:** Please sign the attached Employment Records Authorization and return the **original** with your responses to discovery.

**INTERROGATORY NO. 28:**  Please treat the foregoing discovery as continuing and furnish to the Separate Defendants, through their attorneys, in writing, any additional information received by you subsequent to the date of your answers hereto that would modify or supplement your answers, such additional information to be furnished as soon as reasonably possible after receipt by you and within a reasonable time prior to the assigned trial date in order to permit appropriate discovery procedure.  Will you do so?

**REQUEST FOR PRODUCTION NO. 11**:  Please verify your responses.

    Respectfully submitted,

    TRACY LAW PLLC
    918 W. 6th Street
    Little Rock, Arkansas 72201
    amytracy@tracypllc.com

By: _____
    AMY L. TRACY, ABN 2010122

**CERTIFICATE OF SERVICE**

  I do hereby state that on this 22nd day of April 2024, a true and correct copy of the foregoing pleading was electronically mailed to the following individual(s):

Ms. Jennifer Reali
**DASPIT LAW FIRM, PLLC**
124 W. Capitol Avenue, Suite 1820
Little Rock, AR 72201
e-service@daspitlaw.com
*Counsel for Plaintiff*

                   _____
                   AMY L. TRACY