**From:** Jocelyn DeLeon <jdeleon@daspitlaw.com>
**Sent:** Tuesday, May 21, 2024 4:31 PM
**To:** Amy Tracy <AmyTracy@tracypllc.com>
**Cc:** Jennifer Reali <jreali@daspitlaw.com>; Access <access@daspitlaw.com>
**Subject:** RE: Cause No. 4:24-CV-152-JM; Keonna Johnson v. Muhyadin Gedi et al.

2-weeks would be great, thank you.

Respectfully,

**JOCELYN DE LEON**
Paralegal
DASPIT LAW FIRM
600 N Pearl St, Suite 2205
Dallas, Texas 75201
jdeleon@daspitlaw.com
www.Daspitlaw.com
Phone: (469) 206-8210 ext 1319
Fax: (713) 587-9086

**From:** Amy Tracy <AmyTracy@tracypllc.com>
**Sent:** Tuesday, May 21, 2024 4:07 PM
**To:** Jocelyn DeLeon <jdeleon@daspitlaw.com>
**Cc:** Jennifer Reali <jreali@daspitlaw.com>; Access <access@daspitlaw.com>
**Subject:** Re: Cause No. 4:24-CV-152-JM; Keonna Johnson v. Muhyadin Gedi et al.

How long do you all need? two weeks?

**TracyLaw PLLC**

**Amy L. Tracy**
**Attorney**

**Cell:** 501.749.5421
**Email:** amytracy@tracypllc.com
918 W. 6th St.
Little Rock, AR 72201
www.tracypllc.com

---

**From:** Jocelyn DeLeon <jdeleon@daspitlaw.com>
**Sent:** Tuesday, May 21, 2024 4:05 PM
**To:** Amy Tracy <AmyTracy@tracypllc.com>
**Cc:** Jennifer Reali <jreali@daspitlaw.com>; Access <access@daspitlaw.com>
**Subject:** Cause No. 4:24-CV-152-JM; Keonna Johnson v. Muhyadin Gedi et al.

Good afternoon Counsel,

I hope this email finds you well. I am writing to formally request an extension for Plaintiff's Discovery Responses. Jennifer is currently in trial and is required to review the discovery before submitting it to you.

**EXHIBIT B**

Please let us know if you approve this extension.

Respectfully,

**JOCELYN DE LEON**
Paralegal
DASPIT LAW FIRM
600 N Pearl St, Suite 2205
Dallas, Texas 75201
jdeleon@daspitlaw.com
www.Daspitlaw.com
Phone: (469) 206-8210 ext 1319
Fax: (713) 587-9086

**EXHIBIT B**