**Paula Golleher**

| | |
|---|---|
| **From:** | Amy Tracy |
| **Sent:** | Tuesday, June 25, 2024 2:11 PM |
| **To:** | Jocelyn DeLeon |
| **Cc:** | Jennifer Reali; Access; Paula Golleher |
| **Subject:** | Re: Cause No. 4:24-CV-152-JM; Keonna Johnson v. Muhyadin Gedi et al. |

Good afternoon:

Following up on Plaintiff's discovery responses in this matter. Please provide them by July 1.

Thanks for your help.

Amy

**TracyLaw**
PLLC

**Amy L. Tracy**
**Attorney**

**Cell**: 501.749.5421
**Email**: amytracy@tracypllc.com
918 W. 6th St.
Little Rock, AR 72201
www.tracypllc.com

This transmission may be: (1) subject to Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply immediately and notify the sender (only) at (501) 712-5899 or by return e-mail and delete the message and any attachments. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Jocelyn DeLeon <jdeleon@daspitlaw.com>
**Sent:** Tuesday, May 21, 2024 4:31 PM
**To:** Amy Tracy <AmyTracy@tracypllc.com>
**Cc:** Jennifer Reali <jreali@daspitlaw.com>; Access <access@daspitlaw.com>
**Subject:** RE: Cause No. 4:24-CV-152-JM; Keonna Johnson v. Muhyadin Gedi et al.

2-weeks would be great, thank you.

Respectfully,

**JOCELYN DE LEON**
Paralegal
DASPIT LAW FIRM
600 N Pearl St, Suite 2205
Dallas, Texas 75201
jdeleon@daspitlaw.com
www.Daspitlaw.com
Phone: (469) 206-8210 ext 1319
Fax: (713) 587-9086

**EXHIBIT C**

**From:** Amy Tracy <AmyTracy@tracypllc.com>
**Sent:** Tuesday, May 21, 2024 4:07 PM
**To:** Jocelyn DeLeon <jdeleon@daspitlaw.com>
**Cc:** Jennifer Reali <jreali@daspitlaw.com>; Access <access@daspitlaw.com>
**Subject:** Re: Cause No. 4:24-CV-152-JM; Keonna Johnson v. Muhyadin Gedi et al.

How long do you all need? two weeks?

TracyLaw
PLLC

**Amy L. Tracy**
**Attorney**

**Cell:** 501.749.5421
**Email:** amytracy@tracypllc.com
918 W. 6th St.
Little Rock, AR 72201
www.tracypllc.com

**From:** Jocelyn DeLeon <jdeleon@daspitlaw.com>
**Sent:** Tuesday, May 21, 2024 4:05 PM
**To:** Amy Tracy <AmyTracy@tracypllc.com>
**Cc:** Jennifer Reali <jreali@daspitlaw.com>; Access <access@daspitlaw.com>
**Subject:** Cause No. 4:24-CV-152-JM; Keonna Johnson v. Muhyadin Gedi et al.

Good afternoon Counsel,

I hope this email finds you well. I am writing to formally request an extension for Plaintiff's Discovery Responses. Jennifer is currently in trial and is required to review the discovery before submitting it to you.
Please let us know if you approve this extension.

Respectfully,

JOCELYN DE LEON
Paralegal
DASPIT LAW FIRM
600 N Pearl St, Suite 2205
Dallas, Texas 75201
jdeleon@daspitlaw.com
www.Daspitlaw.com
Phone: (469) 206-8210 ext 1319
Fax: (713) 587-9086

**EXHIBIT C**