# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KEONNA JOHNSON**                                                        **PLAINTIFF**

**VS.**                                   **NO. 4:24-CV-152-JM**

**MUHYADIN GEDI and LOADEX LTD CO**                      **DEFENDANTS**

## DEMAND FOR JURY TRIAL

Defendant, Loadex, Ltd., Co., respectfully demands trial by jury on all issues of fact to be presented herein, pursuant to Fed R. Civ. P. 38.

Respectfully submitted,

**TRACY LAW, PLLC**
918 W. 6th Street
Little Rock, Arkansas 72202
501.749.5421
amy.tracy@tracypllc.com

By: _____
AMY L. TRACY, ABN 2010122

## CERTIFICATE OF SERVICE

I state that on this 22nd day of July 2024, a true and correct copy of the foregoing pleading was mailed and/or served electronically via the Court's electronic case filing system to the following individual(s):

Ms. Jennifer Reali
**DASPIT LAW FIRM, PLLC**
124 W. Capitol Avenue, Suite 1820
Little Rock, Arkansas 72201
e-service@daspitlaw.com

_____
AMY L. TRACY