IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEONNA JOHNSON**                                                                      **PLAINTIFF**

V.                                           NO. 4:24-cv-152-JM

**MUHYADIN GEDI and**
**LOADEX LTD CO**                                                                       **DEFENDANTS**

## ORDER

Pending is Defendant Loadex Ltd. Co.'s motion to compel discovery from Plaintiff. (Doc. No. 9). The time to respond to the motion expired yesterday, and Plaintiff has not responded. The motion is granted.

On or before August 2, 2024, Plaintiff is ordered to fully respond to the interrogatories and requests for production of documents propounded on her in April. Failure to comply may result in her case being dismissed without prejudice pursuant to Rule 37(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED, this 23rd day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE