**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KEONNA JOHNSON**                                                                                   **PLAINTIFF**

**VS.**                                            **NO. 4:24-CV-152-JM**

**MUHYADIN GEDI and LOADEX LTD CO**                                         **DEFENDANTS**

**DEFENDANTS' RULE 37 MOTION TO DISMISS**

COMES Defendant Loadex Ltd. Co., by and through counsel, Tracy Law, PLLC, and for its Rule 37 Motion to Dismiss, states as follows:

1. On July 8, 2024, Defendant filed its Motion to Compel pursuant to Federal Rules of Civil Procedure 26, 34, 35, and 37 seeking to responses to interrogatories and requests for production of documents to discovery initially propounded to Plaintiff on April 22, 2024.  (Doc. 9).

2. This Court granted the Motion to Compel, ordering Plaintiff to fully respond to the interrogatories and requests for production of documents.  (Doc. 12).  The Order stated, "Failure to comply may result in her case being dismissed without prejudice pursuant to Rule 37(b) of the Federal Rules of Civil Procedure."  (Doc. 12).

3. As of the filing of this Motion to Dismiss, Plaintiff has failed to produce any responses to Defendant's First Set of Interrogatories and Requests for Production of Documents or contact Defendant in any way.

4. Federal Rule of Civil Procedure 37(b) permits a court to dismiss an action in whole or in part.  Fed. R. Civ. P. 37(b)(2)(A)(v).

5. Defendant respectfully requests this action be dismissed in whole as a result of Plaintiff's noncompliance.

WHEREFORE, Defendant respectfully requests Plaintiff's Complaint be dismissed, and for all other good and proper relief.

Respectfully submitted,

**TRACY LAW PLLC**
918 W. 6th Street
Little Rock, Arkansas 72201
amytracy@tracypllc.com

By: _____
AMY L. TRACY, ABN 2010122

## CERTIFICATE OF SERVICE

I state that on this 5th day of August 2024, a true and correct copy of the foregoing pleading was served electronically via the Court's electronic case filing system to the following individual(s):

Ms. Jennifer Reali
**DASPIT LAW FIRM, PLLC**
124 W. Capitol Avenue, Suite 1820
Little Rock, Arkansas 72201
e-service@daspitlaw.com

_____
AMY L. TRACY