IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEONNA JOHNSON**                                                            **PLAINTIFF**

V.                                            NO. 4:24-cv-152-JM

**MUHYADIN GEDI and**
**LOADEX LTD CO**                                                             **DEFENDANTS**

## ORDER

By order entered on July 23, 2024, Plaintiff was given until August 2, 2024 to fully respond to the interrogatories and requests for production of documents propounded on her in April. Pending is Defendant Loadex Ltd. Co.'s motion to dismiss based on Plaintiff's failure to respond as ordered. (doc. No. 14). To date, Plaintiff has not responded to the discovery or to the motion to dismiss. The motion to dismiss is GRANTED.

Plaintiff's complaint is dismissed without prejudice pursuant to Rule 37(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED, this 27th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE