IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEONNA JOHNSON**                                                                                        **PLAINTIFF**

V.                                           NO. 4:24-cv-152-JM

**MUHYADIN GEDI and**
**LOADEX LTD CO**                                                                                         **DEFENDANTS**

## JUDGMENT

For the reasons stated in the order entered this day, Plaintiff's complaint is dismissed without prejudice pursuant to Rule 37(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED, this 27th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE